**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DANA LYNN WROBEL,

                Plaintiff,                              20 **CIVIL** 1406 JLC)

      -v-                                           **JUDGMENT**

COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated January 21, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            January 20, 2021

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                                Clerk of Court
                                                **BY:**
                                                                Deputy Clerk